

# Fourth Court of Appeals
## San Antonio, Texas

February 14, 2020

No. 04-19-00718-CV

**VR PARTNERS I, L.P.**,
Appellant

v.

**MIDTEX OIL, L.P.** and Juniper Ventures of Texas, LLC,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 19-0448-CV-C
Honorable William Old, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Reply Brief is hereby GRANTED. Time is extended until March 11, 2020.

It is so **ORDERED** on February 14, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ
CLERK OF COURT